IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN DENESE BURKS,

    Plaintiff,   No. 2:12-cv-1975 JAM AC PS

  vs.

KENNETH SALAZAR, *Secretary of the Dep't of the Interior*, *et al.*,

    Defendants.   ORDER
_____/

The court is in receipt of plaintiff's motion for permission for electronic filing. Plaintiff, who is appearing in pro per, submits a form from the Northern District of California attesting that she meets various technical requirements for electronic filing. Plaintiff does not, however, explain why she wishes to file electronically.

As a pro per party, plaintiff is directed by Local Rule 133(a) to file and serve paper documents with the Clerk of Court. Any request for an exception to this Rule requires the permission of the assigned Judge or Magistrate Judge. Local Rule 133(b). "Requests to use paper or electronic filing as exceptions from these Rules shall be submitted as stipulations as provided in [Local Rule] 143 or, if a stipulation cannot be had, as written motions setting out an explanation of reasons for the exception." Local Rule 133(b)(3). Here, plaintiff has filed neither

1

a stipulation nor a written motion setting out an explanation for why she wishes to file electronically.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 21) is denied without prejudice to the filing of a stipulation or, if a stipulation cannot be had, a motion that complies with Local Rule 133(b)(3).

DATED: February 25, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;burk1975.efile

2