IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KATHLEEN DENESE BURKS,

    Plaintiff,

vs.

KENNETH SALAZAR, *Secretary of the Dep't of the Interior*, et al.,

    Defendants.

No. CIV 2:12-cv-1975-JAM-AC (PS)

ORDER

        Plaintiff is proceeding in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On December 3, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has not filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations filed December 3, 2012 are adopted in full;

1

2. Defendants' September 17, 2012 motion to dismiss (ECF No. 18) is granted;

3. Defendants Donald Glaser and Katherine Thompson are dismissed from this action with prejudice;

4. Defendant Salazar is directed to file an answer to plaintiff's January 2, 2013 amended complaint within thirty days of the date of this order.

DATED:   March 12, 2013

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE