UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN D. BURKS,<br><br>           Plaintiff,<br><br>     v.<br><br>KENNETH SALAZAR, Secretary of the Dep't of the Interior, ET AL.,<br><br>           Defendants. | No.  2:12-cv-1975 JAM AC PS<br><br><br>ORDER |

     Before the court is plaintiff's motion for protective order.  Plaintiff first seeks an order prohibiting defendant from deposing plaintiff at any time in the future because the one deposition of plaintiff that was conducted on June 28, 2013 exceeded the 7-hour limit imposed by Federal Rule of Civil Procedure 30(d)(1).  Plaintiff does not, however, contend that any additional depositions have been scheduled.  Accordingly, plaintiff's motion will be denied as premature.

     Plaintiff also seeks an order seeking to exclude from this litigation documents that she prepared as reference material during the June 28, 2013 deposition and that she asserts are trial preparation materials.  Plaintiff's motion stems from defendant's purported request during the deposition for copies of notes to which plaintiff referred when responding to deposition questions, including notes that plaintiff wrote from her resume that listed the addresses of positions she held, the dates she held those positions, and her position titles and grades.  It is not clear, however, if defendant actually obtained copies of these notes, although plaintiff suggests that copies were

1 | made without her consent when she was absent from the deposition room.  See ECF No. 43 at 2 ¶
2 | 3.  It is also not clear if defendant has actually introduced these notes in this litigation, though
3 | examination of the docket reveals no filings by defendant following the June 28, 2013 deposition.
4 | Therefore, plaintiff's motion will be denied as to this request.  Plaintiff is informed that if
5 | defendant introduces any document(s) during the course of this litigation that plaintiff believes
6 | was improperly obtained, she may file a motion at that time.
7 |     Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for protective order (ECF
8 | No. 43) is denied.
9 | DATED: August 20, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb:burk1975.jo

2