BENJAMIN B. WAGNER
United States Attorney
VICTORIA L. BOESCH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2743
Facsimile:  (916) 554-2900
victoria.boesch@usdoj.gov

Attorneys for Secretary Jewell

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHLEEN D. BURKS,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SALLY JEWELL, SECRETARY OF THE INTERIOR.<br><br>　　　　　　　Defendant. | CASE NO.   2:12-CV-01975-JAM-AC<br><br>**MOTION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND THE DISCOVERY DEADLINE AND TO GRANT SECRETARY JEWELL AN ADDITIONAL TWO WEEKS WITHIN WHICH TO RESPOND TO PLAINTIFF'S PENDING DISCOVERY REQUESTS** |

Secretary of the Interior Sally Jewell moves for an amendment to the Status (Pretrial Scheduling) Order [Doc. 41, p. 2] continuing the discovery cut-off deadline in this case, which is currently set for October 11, 2013, and extending the time for her to respond to Plaintiff's discovery requests, to and until October 25, 2013.  Good cause exists for this amendment because, as described below, the Secretary's counsel and agency counsel in this case have been prohibited from working, even on a voluntary basis, while furloughed as a result of the recent lapse in appropriations.

1.　　At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired, and appropriations to the Department lapsed.  The same

MOTION TO AMEND THE SCHEDULING
ORDER AND FOR EXTENSION OF TIME

1

is true for most Executive agencies, including the Department of the Interior.  The Department of Justice does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is not deemed to include most civil cases.  The undersigned Assistant U.S. Attorney is furloughed until appropriations to the Justice Department are restored.

3. Plaintiff served on the Secretary a number of requests for production of documents, to which a response will be due during the current discovery period.  The Secretary was unable to complete its response before the furlough occurred.  Therefore, the Secretary requests that the Court amend its Status (Pretrial Scheduling) Order [Doc. 41] to extend the time for completion of discovery, and to respond to Plaintiff's discovery requests, by two weeks, to and until October 25, 2013.

4. If this request is granted, undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department, and will propose further rescheduling if appropriate.

Dated: October 7, 2013                                          Respectfully submitted,

                                                                BENJAMIN B. WAGNER
                                                                United States Attorney

                                                    By:   /s/ Victoria L. Boesch

                                                                VICTORIA L. BOESCH
                                                                Assistant United States Attorney

MOTION TO AMEND THE SCHEDULING
ORDER AND FOR EXTENSION OF TIME

<u>PROPOSED</u> ORDER

IT IS SO ORDERED.

Date: October 7, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the office of the United States Attorney for the Eastern District of California, and is of such age and discretion to be competent to serve papers.

That on October 7, 2013, she served a copy of:

MOTION TO AMEND THE STATUS (PRETRIAL SCHEDULING) ORDER TO EXTEND THE DISCOVEY DEADLINE AND TO GRANT SECRETARY JEWELL AN EXTENSIO OF TIME WITHIN WHICH TO RESPOND TO PLAINTIFF'S PENDING DISCOVERY REQUESTS BECAUSE OF THE LAPSE IN APPROPRIATIONS

by placing said copy in an envelope addressed to the persons at the place and addresses shown below, which are the last known addressees, and deposited said envelopes and in the United States mail box in Sacramento, California.

Addressee(s):
PRO-SE
Kathleen D. Burks
54 Prairie Loop
Placerville, CA  95667

/s/ *Kathy Bailey*
United States Attorney's Office
Eastern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MOTION TO AMEND THE SCHEDULING
ORDER AND FOR EXTENSION OF TIME

5